Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 10−23638−KAO
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carlos Ferreira | Rosemary Ann Ferreira |
| 9202 NE 120th St | 9202 NE 120th St |
| Kirkland, WA 98034 | Kirkland, WA 98034 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−3502                                                        xxx−xx−7542

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **February 6, 2012 for Carlos Ferreira, Debtor and February 6, 2012 for Rosemary Ann Ferreira, Joint Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: February 23, 2012

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court